JOHN SMITH AND JOSEPH FIESEL, RESPONDENTS, v. THE EAST RIVER FERRY COMPANY, APPELLANT.

APPEAL from a judgment in favor of the plaintiffs, entered in an action brought against the defendant for the death of the plaintiffs' horse, occasioned by the alleged negligence of the defendant. The court was of opinion that the appeal presented no questions of fact; that the verdict was in accordance with the evidence; and that the parts of the charge excepted to, were in accordance with the settled rules of law.

*John Berry*, for the appellant.

*James W. Covert* for the respondents.

Opinion by TALCOTT, J.

Present — BARNARD, P. J., and TALCOTT, J.

Judgment affirmed.

---

IN THE MATTER OF THE TRUSTEES OF COLLEGE POINT, RESPONDENTS, v. JAMES LAWRENCE, APPELLANT.

APPEAL from an order confirming the report and appraisal of commissioners, appointed pursuant to chapter 609, Laws of 1873.

The principal point involved in this appeal was the value of the land taken. The General Term refused to interfere with the determination of the commissioners.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., and TALCOTT, J.

Order affirmed, with costs.